165 A.3d 461

CARTER

v.

MONTGOMERY CO. CIRCUIT COURT

**Pet. Docket No. 152, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Dismissed by the Court of Special Appeals (No. 138, Sept. Term, 2017).

Petition for writ of certiorari denied

■

165 A.3d 461

**CARTER, Marvin Terrell**

v.

**STATE of Maryland**

**Pet. Docket No. 189, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Dismissed by the Court of Special Appeals (No. 138, Sept. Term, 2017).

Petition for writ of certiorari denied